UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEENA RABADI,                                 :
    Plaintiff,                              :     **ORDER**
                                              :
v.                                            :     12 CV 5194 (VB)
                                              :
CITIGROUP, INC.,                              :
    Defendant.                              :
-----------------------------------------------------------x

On August 3, 2012, defendant filed a motion to compel arbitration, dismiss the complaint, or stay further judicial proceedings pending completion of arbitration. (Doc. #6). To date, plaintiff pro se has not responded to this motion.

The deadline for plaintiff to respond to defendant's motion is extended to October 19, 2012. However, if no response is submitted by that date the Court will consider defendant's motion fully submitted, and plaintiff's claims may be dismissed.

Dated: September 21, 2012
       White Plains, NY

                                           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge